148 So. 879

## PERT v. STATE.
### 4 Div. 929.

Court of Appeals of Alabama.
June 6, 1933.

Rehearing Denied June 30, 1933.

E. C. Boswell, of Geneva, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

Defendant appeals from a conviction on a charge of manufacturing whisky. There is no bill of exceptions, in the absence of which we do not review the trial court in its rulings and on charges based upon the evidence. There being no error in the record, the judgment is affirmed.

Affirmed.